# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HORACE A. SMITH

NO. 2024 KW 1217

**JANUARY 29, 2025**

---

In Re:  Horace A. Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-17-0080.

---

**BEFORE:  WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** This court is a court of review, and relator has not pointed to any specific ruling of the trial court for this court to consider.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT